UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNY VALENTIN,

    Plaintiff,

v.                                     Case No: 8:19-cv-2264-T-36CPT

COMENITY, LLC,

    Defendant.
_____/

## **O R D E R**

Before the Court is Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 8). In accord with the Notice of Voluntary Dismissal without Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    Plaintiff's Notice of Voluntary Dismissal without Prejudice is **APPROVED** (Doc. 8).

    2)    This cause is dismissed, without prejudice.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on October 25, 2019.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record